# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER SCOTT THOMPSON, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:08-CV-611-F** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF REVENUE, ) | |
| Defendant. ) | |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that the Plaintiff's claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) and 195A.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 26, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Harry R. Mathis | Matthew Patrick McGuire |
| Thelma L. Mathis | Joseph Samuel Dowdy |
| 1115 Cypress Drive | GlenLake One, Suite 200 |
| Wilmington, NC 28401 | 4140 Parklake Ave. |
| | Raleigh, NC 27612 |


| | |
|---|---|
| <u>January 26, 2009</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| |   /s/ Susan K. Edwards<u>            </u> |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |